IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES HAUTMAN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-14839

Judge Mary M. Rowland

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 58 | bakdropday |
| 123 | Pham Tung Linh |
| 10 | YiGee |
| 154 | tulecolour |
| 40 | PIERCARLO ZANDRINOm |
| 207 | KouRui Co. ltd |
| 209 | Gu Lan |
| 210 | Mouliraty |
| 16 | Art-Decore |
| 48 | Mox WallArt |
| 95 | AIMIUL |
| 11 | Yike Jianshe |
| 165 | GY Home Decor Curtains |
| 46 | KING PORTRAITS |
| 150 | &+Happy |
| 178 | Beigehome |
| 103 | Sportyzen |
| 121 | WeiLiFushop |
| 65 | HommomHArt |
| 71 | HommomHCurtain |
| 1 | Yespick |
| 92 | KTHOFCY |

| | |
|---|---|
| 142 | Crafts factory |
| 100 | CHADTVIN |
| 5 | HoaMoya |
| 26 | cyd_amsy |
| 106 | CoasterShop |
| 164 | luxiaokemaoyiyouxiangongsi |
| 169 | anna diamond painting shop |
| 177 | QiaoJin |
| 120 | GoldenAppleArt |
| 149 | GELANYOUPIN |
| 202 | Grianlook |
| 190 | Sunycler |
| 39 | tongshanxianweimiaobaihuodian |
| 59 | NingXiangShiYinYinBaiHuoDian |
| 61 | 伶思电子商务有限公司 |
| 193 | TINDAYS |
| 105 | QUYNH MAI LÊ |
| 2 | VePret |
| 202 | Grianlook |
| 168 | qingweidianzis |
| 151 | BOHADIY |
| 18 | Texupday |
| 4 | HYFA |
| 7 | xmf |
| 8 | XMMXC |
| 12 | lxooo |
| 19 | Saobao |
| 20 | Yuihome |
| 21 | ihshop |
| 22 | KOCOART |
| 23 | DIGTIA |
| 24 | huangxiaoyann |
| 25 | Customize your home |
| 27 | junzan |
| 28 | SKYDA |
| 30 | VIGTRO |
| 31 | FunHomie |
| 36 | zhengduokeji |
| 37 | YAJIEFS |
| 3 | Naanle |
| 201 | Zhuoshengben., Ltd |
| 204 | Nightingale |
| 206 | Shuntuo., Ltd |

DATED: February 2, 2024								Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 2, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt